Fred L. Zimmerman, appellee, v. Julia E. Zimmerman, appellant. Gen. No. 35,272.

Opinion filed November 9, 1931.

Charles A. Churan, for appellant. Thompson, Tyrrell & Chambers, for appellee; Walter H. Chambers, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Alfred Rich, appellee, v. J. L. Chase Company, appellant. Gen. No. 35,280.

Opinion filed November 9, 1931.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel. Abraham Redman and Sidney E. Levy, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Paul Boijke, appellee, v. Mary S. Finley and George McPhillips, appellants. Gen. No. 35,289.

Opinion filed November 9, 1931.

Miller, Gorham & Wales, for appellants; Edward R. Adams and Herbert C. De Young, of counsel. McKenna & Harris, for appellee; James J. McKenna and Abraham W. Brussell, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Normal Wet Wash Laundry Company, appellee, v. Zurich General Accident and Liability Insurance Company, Ltd., of Zurich, Switzerland, appellant. Gen. No. 35,167.

Opinion filed November 9, 1931. Rehearing denied November 23, 1931.

George A. Schneider, for appellant; Stanley L. Shetler, of counsel. Max M. and Samuel Grossman, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

H. T. Roseland et al., appellants, v. Bert H. Laudermilk et al., appellees. Gen. No. 35,224.